STATE OF NEW JERSEY v. KENNARD JONES.

September 5, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. DONALD SCHAMING.

September 5, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES STANGO.

September 5, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT BREAKIRON.

September 5, 1986.

Petition for certification granted.   (See 210 *N.J.Super.* 442)

STATE OF NEW JERSEY v. JEAN MANUEL DIGON.

September 5, 1986.

Petition for certification denied.